IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil No. 3:06-cv-052-LTC |
| ) | |
| THOMAS L. STRAUCH;    ) | |
| JP MORGAN CHASE BANK, N.A.,    ) | |
| ) | |
| Defendants.    ) | |

## STATUS REPORT

The United States submits this status report in response to the Court's December 18, 2008 order. The property at issue in this case was sold at public auction on February 12, 2009, and the proceeds of the sale were deposited with the Court on February 12 and 17, 2009. On March 10, 2009, the United States filed a motion to confirm the sale, and on March 26, 2009, the United States filed an unopposed motion to disburse the proceeds of the sale to it and JP Morgan Chase Bank, N.A, in accordance with the stipulation of priority between the United States and JP Morgan Chase Bank, N.A. The only issues left for the Court are to confirm the sale of the property, disburse the proceeds of the sale to the parties, and entry final judgment against Strauch. Once the sale is confirmed and the proceeds are

distributed, the United States will file a motion for an entry of final judgment. The case should remain open for these purposes.

    Respectfully submitted,

    DAVID E. NAHMIAS
    United States Attorney

    /s/ Thomas F. Koelbl
    THOMAS F. KOELBL
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 14198
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-5891
    Facsimile: (202) 514-9868
    thomas.f.koelbl@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

      I certify that the foregoing was prepared with one of the font and point selections approved by the Court in L.R. 5.1B (Times New Roman, 14 pt.) for documents prepared by computer.

                                                /s/ Thomas F. Koelbl
                                                THOMAS F. KOELBL
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 14198
                                                Ben Franklin Station
                                                Washington, D.C. 20044
                                                Telephone: (202) 514-5891
                                                Facsimile: (202) 514-9868
                                                thomas.f.koelbl@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing Status Report was served on this 1st day of April, 2009, by First Class U.S. Mail upon the following:

      Mark A. Kelley
      Kitchens, Kelley, Gaynes P.C.
      11 Piedmont Center, Suite 900
      Atlanta, GA 30305

      Thomas L. Strauch
      113 Friendship Church Rd.
      Brooks, GA 30205

      Thomas L. Strauch
      P.O. Box 2854
      Peachtree City, GA 30269

      /s/ Thomas F. Koelbl
      THOMAS F. KOELBL
      Trial Attorney, Tax Division
      U.S. Department of Justice
      Post Office Box 14198
      Ben Franklin Station
      Washington, D.C. 20044
      Telephone: (202) 514-5891
      Facsimile: (202) 514-9868
      thomas.f.koelbl@usdoj.gov