IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-cv-052-LTC |
| ) | |
| THOMAS L. STRAUCH; ) | |
| JP MORGAN CHASE BANK, N.A., ) | |
| ) | |
| Defendants. ) | |

## ORDER CONFIRMING SALE

Before the Court is the United States' Motion to Confirm Foreclosure Sale. For the reasons stated therein, the motion is GRANTED, and the sale of the property at issue in this case is CONFIRMED.

Accordingly, it is hereby ORDERED as follows:

1. That the Internal Revenue Service is directed to execute and deliver to the purchaser, Bray Properties LLL, or an entity designated by it for that purpose, a deed to the property at issue in this case, located at 113 Friendship Church Rd., Brooks, Georgia 30205, free and clear of all liens or other claims of any party to this proceeding;

    2.    That the Clerk of Court is directed to issue a check to the United States for $3,144.18, made payable to the United States Treasury, to the to cover the expenses of the sale; and

    3.    That the Court retains jurisdiction over this cause for purpose of entering all further orders as may be appropriate, including without limitation, motions to disburse funds and deficiency and contempt of court judgments.

DONE AND ORDERED on _____April 24_____, 2009.

_____
JACK T. CAMP
U.S. DISTRICT JUDGE