IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-cv-052-LTC |
| | ) | |
| THOMAS L. STRAUCH; | ) | |
| JP MORGAN CHASE BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISBURSING FUNDS

Before the Court is the United States' Unopposed Motion to Disburse

Proceeds of Foreclosure Sale.  For the reasons stated therein, the motion is

GRANTED.  Accordingly, it is hereby ORDERED as follows:

1.    The Clerk of Court is directed to issue a check to JP Morgan Chase

Bank, N.A. for $75,907.81.

2.    The Clerk of the Court is directed to issue a check to the United States

for $46,948.01, made payable to the United States Treasury.

DONE AND ORDERED on _____, 2009.


JACK T. CAMP
U.S. DISTRICT JUDGE