IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>     v.<br><br>THOMAS L. STRAUCH and JP MORGAN CHASE BANK, N.A.,<br><br>   Defendants. | CIVIL CASE NO.<br>3:06-CV-52-JTC |

## O R D E R

The Court recently granted the Government's motion to confirm foreclosure sale and unopposed motion for disbursement of funds from the registry of the Court. (See Order, Apr. 24, 2009; Order, Apr. 28, 2009.) Accordingly, the Clerk is authorized and directed to draw checks on the funds on deposit in the registry of this Court in the following amounts and to the following parties:

1. In the principal amount of $3,144.18 only, to cover the expenses of the sale, payable to the United States Treasury. The Clerk may mail the check to Thomas F. Koelbl at U.S. Department of Justice, P.O. Box 14198, Washington, DC 20044 or hand deliver the check to Thomas F. Koelbl at U.S. Department of Justice, 555 4th St. NW, Suite 6223, Washington, DC 20001.

2. In the principal amount of $75,907.81, plus accrued interest minus any applicable statutory users fees, payable to JP Morgan Chase Bank, N.A.. The Clerk may mail the check to Mark A. Kelley at Kitchens, Kelley, Gaynes P.C., 11 Piedmont Center, Suite 900, Atlanta, GA 30305.

3.  In the principal amount of $46,948.01, plus accrued interest minus any applicable statutory users fees, payable to the United States Treasury. The Clerk may mail the check to Thomas F. Koelbl at U.S. Department of Justice, P.O. Box 14198, Washington, DC 20044 or hand deliver the check to Thomas F. Koelbl at U.S. Department of Justice, 555 4th St. NW, Suite 6223, Washington, DC 20001.

**SO ORDERED**, this 30th day of April, 2009.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE