IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-cv-052-LTC |
| | ) | |
| THOMAS L. STRAUCH; | ) | |
| JP MORGAN CHASE BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

The United States submits this status report in response to the Court's December 18, 2008 order. The property at issue in this case was sold at public auction on February 12, 2009, and the proceeds of the sale were deposited with the Court on February 12 and 17, 2009. On April 24, 2009, the Court confirmed the sale and directed the Clerk of the Court to issue a check to the United States for $3,144.18 to cover the costs of the sale. On April 29, 2009 the Court directed the Clerk of the Court to disburse the proceeds of the sale to the United States and J.P. Morgan Chase Bank, N.A. The only issue left for the Court is to enter final judgment against Strauch. Once the United States receives its share of the proceeds from the sale, it will file a motion for an entry of final judgment.

The case should remain open for this purpose.

        Respectfully submitted,

        DAVID E. NAHMIAS
        United States Attorney

        /s/ Thomas F. Koelbl
        THOMAS F. KOELBL
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 14198
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-5891
        Facsimile: (202) 514-9868
        thomas.f.koelbl@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

      I certify that the foregoing was prepared with one of the font and point selections approved by the Court in L.R. 5.1B (Times New Roman, 14 pt.) for documents prepared by computer.

                                                            /s/ Thomas F. Koelbl
                                                           THOMAS F. KOELBL
                                                           Trial Attorney, Tax Division
                                                           U.S. Department of Justice
                                                           Post Office Box 14198
                                                          Ben Franklin Station
                                                           Washington, D.C. 20044
                                                           Telephone: (202) 514-5891
                                                           Facsimile: (202) 514-9868
                                                           thomas.f.koelbl@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing Status Report was served on this 1st day of May, 2009, by First Class U.S. Mail upon the following:

>Mark A. Kelley
>Kitchens, Kelley, Gaynes P.C.
>11 Piedmont Center, Suite 900
>Atlanta, GA 30305
>
>Thomas L. Strauch
>113 Friendship Church Rd.
>Brooks, GA 30205
>
>Thomas L. Strauch
>P.O. Box 2854
>Peachtree City, GA 30269

>                             /s/ Thomas F. Koelbl
>                             THOMAS F. KOELBL
>                             Trial Attorney, Tax Division
>                             U.S. Department of Justice
>                             Post Office Box 14198
>                             Ben Franklin Station
>                             Washington, D.C. 20044
>                             Telephone: (202) 514-5891
>                             Facsimile: (202) 514-9868
>                             thomas.f.koelbl@usdoj.gov