IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-cv-052-LTC |
| | ) | |
| THOMAS L. STRAUCH; | ) | |
| JP MORGAN CHASE BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

The United States submits this status report in response to the Court's December 18, 2008 order. The property at issue in this case was sold at public auction on February 12, 2009, and the proceeds of the sale were deposited with the Court on February 12 and 17, 2009. On April 24, 2009, the Court confirmed the sale and directed the Clerk of the Court to issue a check to the United States for $3,144.18 to cover the costs of the sale. On April 29, 2009 the Court directed the Clerk of the Court to disburse the proceeds of the sale to the United States and J.P. Morgan Chase Bank, N.A. The only issue left for the Court is to enter final judgment against Strauch. Once the United States receives its share of the proceeds from the sale, it will file a motion for an entry of final judgment.

The case should remain open for this purpose.

        Respectfully submitted,

        DAVID E. NAHMIAS
        United States Attorney

        /s/ Thomas F. Koelbl
        THOMAS F. KOELBL
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 14198
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-5891
        Facsimile: (202) 514-9868
        thomas.f.koelbl@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing was prepared with one of the font and point selections approved by the Court in L.R. 5.1B (Times New Roman, 14 pt.) for documents prepared by computer.

/s/ Thomas F. Koelbl
THOMAS F. KOELBL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-5891
Facsimile: (202) 514-9868
thomas.f.koelbl@usdoj.gov

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing Status Report was served on this 29th day of May, 2009, by First Class U.S. Mail upon the following:

        Mark A. Kelley
        Kitchens, Kelley, Gaynes P.C.
        11 Piedmont Center, Suite 900
        Atlanta, GA 30305

        Thomas L. Strauch
        113 Friendship Church Rd.
        Brooks, GA 30205

        Thomas L. Strauch
        P.O. Box 2854
        Peachtree City, GA 30269

        /s/ Thomas F. Koelbl
        THOMAS F. KOELBL
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 14198
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-5891
        Facsimile: (202) 514-9868
        thomas.f.koelbl@usdoj.gov