IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-cv-052-LTC |
| | ) | |
| THOMAS L. STRAUCH; | ) | |
| JP MORGAN CHASE BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT

The United States submits this status report in response to the Court's December 18, 2008 order. The property at issue in this case was sold at public auction on February 12, 2009, and the proceeds of the sale were deposited with the Court on February 12 and 17, 2009. On April 24, 2009, the Court confirmed the sale and directed the Clerk of the Court to issue a check to the United States for $3,144.18 to cover the costs of the sale. On April 29, 2009 the Court directed the Clerk of the Court to disburse the proceeds of the sale to the United States and J.P. Morgan Chase Bank, N.A., and on June 10, 2009, the United States received its share of the proceeds. The only issue left for the Court is to enter final judgment against Strauch. Once the IRS processes the June 10, 2009 payment and obtains an

updated amount due from Strauch, the United States will file a motion for an entry of final judgment. The case should remain open for this purpose.

Respectfully submitted,

DAVID E. NAHMIAS
United States Attorney

/s/ Thomas F. Koelbl
THOMAS F. KOELBL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-5891
Facsimile: (202) 514-9868
thomas.f.koelbl@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

      I certify that the foregoing was prepared with one of the font and point selections approved by the Court in L.R. 5.1B (Times New Roman, 14 pt.) for documents prepared by computer.

                                                <u>/s/ Thomas F. Koelbl</u>
                                                THOMAS F. KOELBL
                                               Trial Attorney, Tax Division
                                               U.S. Department of Justice
                                               Post Office Box 14198
                                               Ben Franklin Station
                                               Washington, D.C. 20044
                                               Telephone: (202) 514-5891
                                               Facsimile: (202) 514-9868
                                               thomas.f.koelbl@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Status Report was served on this 1st day of July, 2009, by First Class U.S. Mail upon the following:

>Mark A. Kelley
>Kitchens, Kelley, Gaynes P.C.
>11 Piedmont Center, Suite 900
>Atlanta, GA 30305
>
>Thomas L. Strauch
>113 Friendship Church Rd.
>Brooks, GA 30205
>
>Thomas L. Strauch
>P.O. Box 2854
>Peachtree City, GA 30269

>/s/ Thomas F. Koelbl
>THOMAS F. KOELBL
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 14198
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 514-5891
>Facsimile: (202) 514-9868
>thomas.f.koelbl@usdoj.gov