INTST



**United States**          **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: August 19, 2009

**CERTIFICATE OF OFFICIAL RECORD**

I certify that the annexed: is a true copy of INTST, for NM CTRL: STRA, ▮▮▮▮▮▮ for tax period ending December 31, 1994 consisting of 1 page

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Valdine Young
Disclosure Specialist
Communication, Liaison, and Disclosure

**EXHIBIT**
B

Catalog Number 19002E          *U.S. GPO: 2000 – 533-039/07196          Form **2866** (Rev. 09-97)

```
Station Name: DLS0149001 Date: 8/19/2009 Time: 9:38:05 AM
INTST                                    NDEX        NM CTRL:STRA              *CAU*
30 199412 08192009 STRA
              .00   ASSESSED FTP
           975.54   ASSESSED INT
         3,992.00   TAX & PENALTY
         4,967.54   ASSESSED TOTAL
           763.25   ACCRUED FTP
         6,035.39   ACCRUED INT
         6,798.64   TOTAL ACCRUALS
           763.25   TOTAL FTP
         7,010.93   TOTAL INT
        11,766.18   BALANCE DUE
```

INTST



United States of America

Department of the Treasury
Internal Revenue Service

Date: August 19, 2009

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of INTST, for NM CTRL: STRA, ▮▮▮▮▮ for tax period ending December 31, 1996 consisting of 1 page

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

Valdine Young
Disclosure Specialist
Communication, Liaison, and Disclosure

Catalog Number 19002E          *U.S. GPO: 2000 – 533-039/07196          Form **2866** (Rev. 09-97)

```
Station Name: DLS0149001 Date: 8/19/2009 Time: 9:38:12 AM
INTST ▓▓▓▓▓▓▓▓▓                    NDEX        NM CTRL:STRA              *CAU*
30 199612 08192009 STRA
         4,257.24   ASSESSED FTP
        14,605.90   ASSESSED INT
        21,286.25   TAX & PENALTY
        40,149.39   ASSESSED TOTAL
              .01   ACCRUED FTP
        14,089.10   ACCRUED INT
        14,089.11   TOTAL ACCRUALS
         4,257.25   TOTAL FTP
        28,695.00   TOTAL INT
        54,238.50   BALANCE DUE
```

INTST



# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 19, 2009

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of INTST, for NM CTRL: STRA, ▮▮▮▮▮ for tax period ending December 31, 1997 consisting of 1 page

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Valdine Young*
Valdine Young
Disclosure Specialist
Communication, Liaison, and Disclosure

Catalog Number 19002E   *U.S. GPO: 2000 – 533-039/07196   Form **2866** (Rev. 09-97)

```
Station Name: DLS0149001 Date: 8/19/2009 Time: 9:38:20 AM

INTST    ▓▓▓▓▓▓▓▓▓                    NDEX        NM CTRL:STRA             *CAU*
30 199712 08192009 STRA
             3,934.24  ASSESSED FTP
            10,655.71  ASSESSED INT
            19,671.25  TAX & PENALTY
            34,261.20  ASSESSED TOTAL
                  .01  ACCRUED FTP
            11,941.10  ACCRUED INT
            11,941.11  TOTAL ACCRUALS
             3,934.25  TOTAL FTP
            22,596.81  TOTAL INT
            46,202.31  BALANCE DUE
```

INTST



United States        of America

**Department of the Treasury**
**Internal Revenue Service**

Date: August 19, 2009

### CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of INTST, for NM CTRL: STRA, ▓▓▓▓▓ for tax period ending December 31, 1999 consisting of 1 page

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Valdine Young*
Valdine Young
Disclosure Specialist
Communication, Liaison, and Disclosure

Catalog Number 19002E     *U.S. GPO: 2000 – 533-039/07196     Form **2866** (Rev. 09-97)

```
Station Name: DLS0149001 Date: 8/19/2009 Time: 9:40:27 AM
INTST                                        **    PREVIOUS LOGON: 20090819 @ 09:35
30 199912 08192009 STRA
           2,303.74   ASSESSED FTP
           3,642.95   ASSESSED INT
          11,518.75   TAX & PENALTY
          17,465.44   ASSESSED TOTAL
                .01   ACCRUED FTP
           6,006.44   ACCRUED INT
           6,006.45   TOTAL ACCRUALS
           2,303.75   TOTAL FTP
           9,649.39   TOTAL INT
          23,471.89   BALANCE DUE
```