IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>        v.<br><br>THOMAS L. STRAUCH; JP MORGAN CHASE BANK, N.A.,<br><br>    Defendants. | CIVIL CASE NO.<br>3:06-CV-052-JTC |

### O R D E R

This matter is currently before the Court on Plaintiff's motion for entry of final judgment in its favor and against Thomas L. Strauch [#60]. Plaintiffs ask the Court to enter final judgment against Defendant Thomas L. Strauch in the amount of $138,042.95.

Because the Plaintiff has demonstrated that this amount represents Strauch's unpaid tax liabilities for the years 1993, 1994, 1996, 1997, and 1999, and because all issues and claims in this case have now been adjudicated, the Court **GRANTS** Plaintiff's motion for final judgment. The Court **DIRECTS** the Clerk to enter judgment in the amount of $138,042.95 in Plaintiff's favor and against Defendant Thomas L. Strauch.

**SO ORDERED**, this ___8th___ day of September, 2009.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE