IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-cv-052-LTC |
| | ) | |
| THOMAS L. STRAUCH; | ) | |
| JP MORGAN CHASE BANK, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL OF JP MORGAN CHASE BANK, N.A.**

The United States and defendant JP Morgan Chase Bank, N.A. hereby stipulate to the dismissal of JP Morgan Chase Bank, N.A. as a party to this case. JP Morgan Chase Bank, N.A. was named as a defendant because it held a mortgage on the property at issue in this case. That property has now been sold, and JP Morgan Chase Bank, N.A. has received its share of the sale proceeds.

| For the United States: | For JP Morgan Chase Bank, N.A.: |
|---|---|
| /s/ Thomas F. Koelbl | /s/ Mark A. Kelley |
| THOMAS F. KOELBL | Mark A. Kelley, ESQ. |
| Trial Attorney, Tax Division | Kitchens Kelley Gaynes., P.C. |
| U.S. Department of Justice | 11 Piedmont Center, Suite 900 |
| Post Office Box 14198 | Atlanta, GA  30328 |
| Ben Franklin Station | Telephone: (404) 237-4100 |
| Washington, D.C.  20044 | Facsimile: (404) 364-0126 |
| Telephone:  (202) 514-5891 | mkelley@kkgpc.com |
| Facsimile:  (202) 514-9868 | |
| thomas.f.koelbl@usdoj.gov | |

## **CERTIFICATE OF COMPLIANCE**

      I certify that the foregoing was prepared with one of the font and point selections approved by the Court in L.R. 5.1B (Times New Roman, 14 pt.) for documents prepared by computer.

                                                     <u>/s/ Thomas F. Koelbl</u>
                                                     THOMAS F. KOELBL
                                                     Trial Attorney, Tax Division
                                                     U.S. Department of Justice
                                                     Post Office Box 14198
                                                     Ben Franklin Station
                                                     Washington, D.C. 20044
                                                     Telephone: (202) 514-5891
                                                     Facsimile: (202) 514-9868
                                                     thomas.f.koelbl@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Stipulation of Dismissal of JP Morgan Chase Bank, N.A. was served on this 9th day of September, 2009, by First Class U.S. Mail upon the following:

>Mark A. Kelley
>Kitchens, Kelley, Gaynes P.C.
>11 Piedmont Center, Suite 900
>Atlanta, GA 30305
>
>Thomas L. Strauch
>113 Friendship Church Rd.
>Brooks, GA 30205
>
>Thomas L. Strauch
>P.O. Box 2854
>Peachtree City, GA 30269

>/s/ Thomas F. Koelbl
>THOMAS F. KOELBL
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 14198
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 514-5891
>Facsimile: (202) 514-9868
>thomas.f.koelbl@usdoj.gov