UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>vs.<br><br>THOMAS L. STRAUCH; JP MORGAN CHASE BANK, NA<br><br>                Defendants | CIVIL ACTION FILE<br><br>NO. 3:06-cv-52-JTC |

## J U D G M E N T

This action having come before the court, Honorable Jack T. Camp, United States District Judge, for consideration of Plaintiff's motion for entry of final judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that judgment is entered in favor of Plaintiff in the amount of $138,042.95.

Dated at Newnan, Georgia, this 10th day of September, 2009.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT

                                                    By:   s/Robin Harlan
                                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 10, 2009
James N. Hatten
Clerk of Court

By:  s/Robin Harlan
       Deputy Clerk