# ABSTRACT OF JUDGMENT
## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Thomas L. Strauch<br>Former address: 113 Friendship Church Road, Brooks, GA 30205 | United States of America |

| Amount of Judgment | Names of Creditor's Attorneys | Docketed |
|---|---|---|
| $138,042.95, as of August 19, 2009, plus interest thereafter on that amount pursuant to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6621 and 6622. | United States Department of Justice<br>Tax Division, CTS Southern Region<br>P.O. Box 14198<br>Ben Franklin Station<br>Washington, D.C. 20044 | Case No. 3:06-cv-00052-JTC |

UNITED STATES OF AMERICA      CLERK'S OFFICE      U.S. DISTRICT COURT
                                                  NORTHERN DISTRICT OF GEORGIA
                                                  SS

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated: SEPTEMBER 17, 2009
City: Newnan
By: /s/ Harlan, Deputy Clerk